UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARCUS ODOM,

                Movant,

-against-

UNITED STATES OF AMERICA,

                Respondent.

20-CV-0010 (JMF)

17-CR-321 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      By Order filed July 20, 2022, the Second Circuit vacated and remanded for further proceedings in light of *United States v. Taylor*, 142 S. Ct. 2015 (2022).  *See* 17-CR-321, ECF No. 61.  No later than **August 4, 2022**, counsel for the Government and Movant (Zachary Margulis-Ohnuma) shall confer and submit a joint letter proposing next steps, including but not limited to whether Movant should, with the aid of appointed counsel, file a consolidated amended motion; whether additional briefing is warranted; and if so, a proposed briefing schedule.

      SO ORDERED.

Dated: July 25, 2022
           New York, New York

                                                    JESSE M. FURMAN
                                               United States District Judge